



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 25, 2016**

*Mark X. Mullin*
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   15-41423-dml13 |
| | § | |
| DENISE LINDSEY, | § | |
|     DEBTOR | § | |

### AGREED ORDER GRANTING MOTION FOR AUTHORIZATION
### TO SELL REAL PROPERTY

CAME ON FOR CONSIDERATION, the "Motion for Authorization to Sell Real Property" filed by the Debtor in the above styled and numbered cause.   The Motion sought authorization to sell the real property free and clear of all liens with the liens attaching to the proceeds.

At the time the instant order was presented to the Court, no responses had been filed to

the motion.   Melissa Palo a representative of the Tarrant County Appraisal District contacted Debtor's attorney directly and the language that was requested to be incorporated into the order has been below.   Accordingly, the Court finds that this matter is unopposed and the Motion is granted as stated herein.

The Court therefore **ORDERS** that the sale of the property described above may proceed under the terms and conditions stated in the sales contract and that the sale will be free and clear of the interests of all lienholders with such interests to attach to the proceeds of the sale.
**ACCORDINGLY, IT IS ORDERED ADJUDGED AND DECREED;**

The title company is ordered to pay the following from the proceeds:

1). Reasonable and necessary costs of sale including settlement charges to be paid by the seller;

2). All outstanding ad valorem taxes, the 2016 ad valorem taxes, will remain attached to the property;

3). The total amount owed to Green Tree Servicing, for payment of its lien; **IT IS ORDERED** that the lien of Green Tree Servicing shall attach to the sales proceeds of the property;

**IT IS FURTHER ORDERED** that the sales proceeds shall be distributed to pay the outstanding balances on the loan owed to Green Tree Servicing as of the date of closing;

**IT IS FURTHER ORDERED** that if there are not sufficient funds to pay the indebtedness in full to Green Tree Servicing, then the sale shall not close without permission from Green Tree Servicing and the Debtors shall be required to seek further appropriate orders from this Court;

**IT IS FURTHER ORDERED** that the closing agent is ordered to pay the full claim of Green Tree Servicing directly before any funds are paid to the Debtor, Trustee, or any other party not having priority over the lien of Green Tree Servicing.

4). The Exempt proceeds in the amount up to and including $13,000.00 directly to sellor/

Debtor, Denise Lindsey.

5). Any remaining proceeds up to the amount of $60,000.00 paid directly to the standing Chapter 13 trustee, Pam Bassel, Standing Chapter 13 Trustee, PO Box 1201, Memphis, TN 38101-1201 and shall reference the Debtor's case number 15-41423-mxm-13.

6). Any proceeds remaining after satisfaction of the above amounts shall be disbursed by the title company directly to the Debtor.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Notwithstanding anything herein to the contrary, the lien securing payment of the current year ad valorem property taxes shall remain attached to the property to secure payment of all ad valorem property taxes assessed on the property for the 2015 tax year and any penalties and interest that may accrue.

###END OF ORDER###