



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 17, 2017**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In Re:    DENISE LINDSEY

Case # 15-41423-MXM

Chapter 13

JUDGE MARK MULLIN

## ORDER DETERMINING AMOUNT DEEMED NECESSARY TO CURE
## PURSUANT TO MID-CASE NOTICE BY CHAPTER 13 TRUSTEE

Pursuant to Local Bankruptcy Rule 3002-2(b), the Chapter 13 Trustee filed and served the "Notice of Amount Deemed Necessary to Cure" ("Notice") Docket # 31 on the below named mortgage creditor.  Such Notice contained negative notice language as authorized by Local Bankruptcy Rule 9007-1, informing the mortgage creditor of their obligation to file and serve a Response within 60 days, or else the information contained in the Notice would be deemed unopposed and/or undisputed.

   **IT IS THEREFORE ORDERED** that as of September 01, 2016, the principal amount necessary to cure any pre-petition and/or post-petition home mortgage arrearage claims <u>filed</u> with the Court by the below named mortgage creditor is stated in the Trustee's Notice:

| **Creditor/Holders of Claim#** | | **Court Claim #** | **Trustee Claim #** | **Principal Amount Owed** |
|---|---|---|---|---|
| GREEN TREE SERVICING LLC | PRE-PETITION ARREARS | 7 | 1 | $13,494.92 |

**IT IS FURTHER ORDERED** that except as noted above, the Debtor is delinquent on the ONGOING POST-PETITION PAYMENTS being paid DIRECT by the Debtor, on Court Claim #7, in the amount asserted by GREEN TREE SERVICING LLC in the Response dated September 20, 2016.

**IT IS FURTHER ORDERED** that the above named creditor shall be precluded from asserting any other cure amounts on GREEN TREE SERVICING LLC, Court Claim # 7 that allegedly accrued before the date of the Notice, September 01, 2016, in any Contested Matter or Adversary Proceeding in this case, or in any other manner, matter, or forum after a discharge in this case, without further order of the Court.

### ###  End of Order  ###